CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

APR 0 9 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| BEVERLY LAFUENTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:12cv00018 |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | By: Michael F. Urbanski |
| Commissioner of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

## ORDER

This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on February 8, 2013, recommending that the Commissioner's motion for summary judgment be denied, that the plaintiff's motion for summary judgment be granted, and that this case be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. No objections to the report and recommendation have been filed.

Having carefully reviewed the magistrate judge's report and as well as the record in this case, the court is of the opinion that the report and recommendation should be adopted in its entirety. In addition, the court is of the opinion that a consultative examination of plaintiff's physical and mental impairments should be obtained to assess the impact of these impairments on her ability to work. It is accordingly **ORDERED** as follows:

1. The February 8, 2013 report and recommendation (Dkt. # 20) is **ADOPTED** in its entirety;

2. Plaintiff's motion for summary judgment (Docket # 13) is **GRANTED**;

3. The Commissioner's motion for summary judgment (Docket # 16) is **DENIED**;

4. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the report and recommendation. On remand, the Commissioner is **DIRECTED** to obtain a physical and mental consultative examination to assess the impact of plaintiff's impairments on her ability to work; and

5. This matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: April 8, 2013

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge